# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| S.E.I.U. LOCAL NO. 4 PENSION FUND, S.E.I.U. LOCAL NO. 4 HEALTH & WELFARE FUND and THOMAS BALANOFF, Trustee on behalf of both funds; and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL NO. 4, AFL-CIO, a labor organization, Plaintiffs, v. RAINBOW BEACH NURSING CENTER, INC., an Illinois corporation, Defendant. | Case No. 04 C 6990<br>Judge Lefkow<br>Magistrate Judge Nolan |

## MEMORANDUM OF JUDGMENT

On March 1, 2005, the Clerk of the Court was directed to enter judgment:

1. against Rainbow Beach Nursing Center, Inc. and in favor of the S.E.I.U. Local No. 4 Pension Fund, including the representative Trustee, in the amount of $114,555.76.

2. against Rainbow Beach Nursing Center, Inc. and in favor of the S.E.I.U. Local No. 4 Health & Welfare Fund, including the representative Trustee, in the amount of $45,684.24.

3. against Rainbow Beach Nursing Center, Inc. and in favor of Service Employees International Union Local No. 4 in the amount of $24,373.60.

Dated: March 3, 2005

UNITED STATES DISTRICT JUDGE